UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **HIEP VAN PHAM** | * | **CIVIL ACTION NO.** |
| **VERSUS** | * | **JUDGE** |
| **SEA SUPPORT VENTURES, LLC** | * | **MAGISTRATE** |

**COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes plaintiff, Hiep Van Pham (hereinafter "Pham"), and for his complaint against Sea Support Ventures, LLC, (hereinafter "Sea Support"), alleges with respect as follows:

1.

Plaintiff, Hiep Van Pham, is a resident of Breaux Bridge, Louisiana and was at all material times the owner of the fishing vessel LOVELY DADDY.

2.

Defendant, Sea Support Ventures, LLC, is a Louisiana limited-liability company with its principal place of business in Louisiana. Sea Support may be served through its registered agent, Randy J. Adams, 104 ABC Lane, Cut Off, Louisiana 70345.

3.

At all material times, Sea Support was the owner and operator of the offshore supply vessel MELINDA ADAMS.

4.

This is a maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. Jurisdiction exists under 28 USC 1333.

5.

On the morning of June 27, 2018, in the Gulf of Mexico offshore Louisiana, Sea Support's vessel MELINDA ADAMS collided into the F/V LOVELY DADDY, causing substantial damage to the LOVELY DADDY and injuring its captain and owner, plaintiff Hiep Van Pham.

6.

At the time of the collision, the LOVELY DADDY was actively trawling for shrimp, with its booms down and its nets in the water. It was thus a vessel limited in its ability to maneuver under the governing navigation rules.

7.

At the time of the collision, the LOVELY DADDY was navigating properly and was in all respects seaworthy. The collision was caused by the negligence of Sea Support, which, among other things, failed to honor the LOVELY DADDY's right-of-way and embarrassed its navigation, as well as by the unseaworthiness of the M/V MELINDA ADAMS.

8.

As a result of the collision, Pham has suffered compensable damages, consisting of, among other things, the cost of repairing his vessel and replacing its lost and damaged equipment and by a loss of fishing revenue from the time of the collision until he

received his vessel back from the shipyard and was able to return to fishing to resume earning a living.  Hiep's uncompensated economic losses are presently estimated to have been in excess of $300,000.

9.

In the collision, plaintiff, Hiep Van Pham, was also injured.  Without limitation, injuries were suffered by Pham in his shoulders, neck and head.

10.

Pham has a maritime lien against the M/V MELINDA ADAMS.

WHEREFORE, the premises considered, plaintiff, Hiep Van Pham, respectfully prays that:

1. A copy of this Complaint, together with a summons, be served on Sea Support Ventures, LLC, directing that it answer the allegations herein;

2. That, after due proceedings, judgment be entered for Pham and against Sea Support Ventures, LLC, finding it liable for Pham's damages, plus interest and all costs of these proceedings; and

3. That Pham be afforded such other relief as he is entitled to receive in law or equity.

Respectfully submitted,

/s/ *Alfred J. Rufty III*
ALFRED J. RUFTY, III (#19990)
HARRIS & RUFTY, L.L.C.
650 Poydras Street, Suite 2710
New Orleans, Louisiana 70130
Telephone:  (504) 525-7500
Facsimile:   (504) 525-7222
Attorneys for Hiep Van Pham

3

**PLEASE SERVE**

Sea Support Services, LLC
Through Their Registered Agency of Service
Randy J. Adams
104 ABC Lane
Cut Off, Louisiana 70345